**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tashia L. Pope, | |
| Plaintiff, | 1:26-cv-02120 (KPF) (SDA) |
| -against- | ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff's Letter Motion for an extension of time, filed on June 2, 2026 (ECF No. 8), is

GRANTED IN PART and DENIED IN PART. The new deadlines are as follows:

- Plaintiff to Serve/File Motion            August 28, 2026

- Defendant to Serve/File Response        October 30, 2026

- Plaintiff to Serve/File Reply             November 13, 2026

**SO ORDERED.**

DATED:        New York, New York
              June 3, 2026

_____
STEWART D. AARON
United States Magistrate Judge